# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

| Brandi L. Browning | **Repayment Agreement and Order** | No: 7:20-CR-00003-001 |
|---|---|---|

On April 20, 2022, Brandi L. Browning was sentenced to 24 months imprisonment followed by a 36-month term of supervised release.

After a review of her financial status, the following repayment agreement has been reached with Ms. Browning. Please acknowledge your approval or disapproval of the proposed payment plan and sign below.

**FINE/RESTITUTION/SPECIAL ASSESSMENT REPAYMENT AGREEMENT:**

1. As a result of the judgment entered against me on April 20, 2022, I have been ordered to pay a total restitution of $217,500.00 and a special assessment of $100.00.

2. On September 5, 2023, I began my service of 36 months of supervised release. The mandatory assessment has been satisfied. The current balance of my restitution is $217,500.00.

3. After reviewing my current income and my necessary monthly expenditures, the proposed repayment schedule has been agreed upon by all parties. Beginning on the 1st day of March 2024, I will tender to the United States a certified check or money order, payable to the Clerk, U.S. District Court, in the amount of not less than $200.00 per month during the term of supervision.

_Brandi L. Browning_      2-8-24
Brandi L. Browning      Date

_Stephen L. Parker_, U.S. Probation Officer      2-8-2024
     Date

Assistant U.S. Attorney      02/12/2024
     Date

**THE COURT ORDERS:**

☒ Approval    ☐ Disapproval

_W. Louis Sands_
W. Louis Sands
Senior U.S. District Judge

2/12/2024
Date